FILED

SEP 2 6 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. ) C.A.: 00-128L
)
JAIR MOLINA, )
Defendant. )

MOTION FOR COURT'S WITHDRAWAL OF ORDER DIRECTING DEFENDANT TO APPEAR TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT

Plaintiff hereby moves this Court to withdraw its April 11, 2005 Order requiring Defendant to appear before this Court to show cause why he should not be held in contempt of the Order issued by Magistrate Judge David L. Martin on May 20, 2002. In support of its motion, Plaintiff states as follows:

1. On March 7, 2005, Plaintiff filed a Motion for an Order Directing Defendant to Appear to Show Cause why He Should Not Be Found in Contempt.
2. Because the defendant failed to appear, the Court rescheduled the hearing for May 10, 2005 and directed that the Order be served personally upon the defendant by a duly authorized representative of the United States Marshal Service.
3. The defendant could not be located, and several attempts to serve the Order have failed, and the hearing was removed from the Court's calendar.

4. Since the defendant could not be located, the debt has been returned to the United States Department of Education for collection using administrative remedies.

WHEREFORE, Plaintiff respectfully requests that the Court withdraw its April 11, 2005 Order Directing Defendant to Appear to Show Cause why He Should Not Be Found in Contempt.

UNITED STATES OF AMERICA,
By Its Attorneys,

ROBERT C. CORRENTE
United States Attorney

[signature]

Michael P. Iannotti
Assistant U.S. Attorney
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903
(401) 709-5000

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2005, I mailed a true copy of the foregoing request, via first class mail, postage prepaid, to Mr. Jair Molina at his last known address, 44 Florence Street, Pawtucket, RI 02860.

[signature]

Granted: Ronald R. Lagueux
Sr. USDJ 10/18/05